**Dismiss; and Opinion Filed June 19, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00649-CV

### JOHN GOIN, Appellant

### V.

### HOPE CRUMP, Appellee

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-03801

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Lang

Stating he no longer wishes to pursue this appeal, appellant has filed a motion to dismiss.

*See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE


150649F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

JOHN GOIN, Appellant

No. 05-15-00649-CV      V.

HOPE CRUMP, Appellee

On Appeal from the 95th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-03801.
Opinion delivered by Justice Lang. Justices Bridges and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Hope Crump recover her costs, if any, of this appeal from appellant John Goin.

Judgment entered this 19th day of June, 2015.